UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ELIZABETH DEITERS,<br><br>  Plaintiff,<br><br>   v.<br><br>MERIDIAN SENIOR LIVING D/B/A THE VILLAS AT ST. JAMES, INC., and SHANNON PADEN,<br><br>  Defendants. | Case No. 3:21-cv-1555-JPG |

## JUDGMENT

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to plaintiff's failure to prosecute this case pursuant to Rule 41(b), and for failure to adhere to the Federal Rules of Civil Procedure, Plaintiff Elizabeth Deiter's Complaint against Defendants is **DISMISSED WITHOUT PREJUDICE**.

DATED: September 30, 2022                MONICA A. STUMP, Clerk of Court
                                         s/Tina Gray, Deputy Clerk


**Approved:**   s/   J. Phil Gilbert
          **J. PHIL GILBERT**
          **DISTRICT JUDGE**